[No. 31380-1-I.    Division One.    April 11, 1994.]

SAN JUAN COUNTY, *Respondent*, v. FRANKLIN R. LACY, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for San Juan County, No. 92-2-05050-2, Alan R. Hancock, J., entered

August 31, 1992. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Pekelis, A.C.J., and Kennedy, J.